# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>   Plaintiffs,<br><br>- against -<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>   Defendants. | Adv. Pro. No. 23-50379 (JTD) |

## SUMMONS AND NOTICE OF PRETRIAL
## CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

   Address of Clerk:

       United States Bankruptcy Court for the District of Delaware
       824 Market Street, 3rd Floor
       Wilmington, Delaware 19801

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiff's attorneys:

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Sascha N. Rand
Isaac Nesser
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
E-mail: sascharand@quinnemanuel.com
      isaacnesser@quinnemanuel.com

William Burck
1300 I Street NW
Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
E-mail: williamburck@quinnemanuel.com

K. John Shaffer
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-mail: johnshaffer@quinnemanuel.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | | |
|---|---|---|
| **Address:** | **United States Bankruptcy Court** | **Room:** |
| | **824 Market Street** | **5th Floor, Courtroom No. 5** |
| | **Wilmington, DE 19801** | |
| | | **Date and Time:** |
| | | **July 19, 2023 at 1:00 p.m. (ET)** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
    of Delaware**

Dated: May 24, 2023

*/s/ Una O'Boyle*
*Clerk of the Bankruptcy Court*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>Defendants. | Adv. Pro. No. 23-50379 (JTD) |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral."

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated: May 24, 2023              /s/ Una O'Boyle
                                 Clerk of Court

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| FTX TRADING LTD., et al., | ) |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |
| | ) Case No. 22-11068 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | ) (Jointly Administered) |
| | ) |
| Plaintiffs, | ) |
| -against- | ) Adv. Pro. No. 23-50379 (JTD) |
| | ) |
| ROCKET INTERNET CAPITAL PARTNERS II SCS, et al., | ) |
| | ) |
| Defendants. | |

STATE OF DELAWARE   }
                    }ss.
COUNTY OF NEW CASTLE }

I, Bradley Olin, of the State of Delaware, County of New Castle, being duly sworn, says that on the 25th day of May, 2023, at 12:10 p.m. I personally served copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT with supporting documents on **9Yards Capital Investments II LP** by serving the registered agent, VCORP SERVICES, LLC, 108 W. 13th Street, Suite 100, Wilmington, DE 19801.

Name of individual accepting service: Chimere Brooks- Authorized to Accept.
Description of individual: African-American, female, 35-40 years of age, 5'7" tall, 170lbs with black hair.

_____

Subscribed and sworn before me
This 25th day of May, 2023

_____
Notary Public
My commission expires: _____



# Affidavit of Service

Firm: __Landis Rath & Cobb LLP__   Reference No. __FTX__

I, ____Michael W. Lewis____, declare as follows:
   (**Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), **Complaint, Summons and Notice** in the following case, ____23-50379-JTD____, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| [X] | 2 | First Class Mail |
| [ ] | ____ | Priority Mail |
| [ ] | ____ | Express Mail |
| [ ] | ____ | International Mail |
| [ ] | ____ | Federal Express |
| [ ] | ____ | Hand Delivery |
| [ ] | ____ | Email |
| [ ] | ____ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on ____May 24, 2023____ in Wilmington, DE.

_____ Parcels, Inc., Representative.
   *(Employee Signature)*

William Hockey Living Trust
101 California St.
Suite 2500,
San Francisco, CA 94111

9Yards Capital Investments II LLP
9255 W. Sunset Blvd, Suite 804
West Hollywood, CA 90069