# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                       Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>                       Plaintiffs,<br><br>      v.<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, *et al.*,<br><br>                       Defendants. | Adv. No. 23-50379 (JTD) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Michael Klein of Cooley LLP to represent William Hockey Living Trust in this adversary proceeding.

Dated:  June 27, 2023

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800

*Counsel for William Hockey Living Trust*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local

41787516.1 06/27/2023

Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                                            */s/ Michael Klein*
                                            Michael Klein
                                            **COOLEY LLP**
                                            55 Hudson Yards
                                            New York, NY 10001-2157
                                            (212) 479-6461
                                            mklein@cooley.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.