**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | |
| v. | Adv. No. 23-50379 (JTD) |
| ROCKET INTERNET CAPITAL PARTNERS II SCS, *et al.*, | |
| Defendants. | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned counsel on behalf of defendant

William Hockey Living Trust in this adversary proceeding.

Dated: June 29, 2023
    Wilmington, Delaware

Respectfully submitted,


*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
**SAUL EWING LLP**
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6898
luke.murley@saul.com

-and-

2

Cullen D. Speckhart (admitted *pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
cspeckhart@cooley.com

-and-

Michael Klein (admitted *pro hac vice*)
Aric Wu (admitted *pro hac vice*)
Caroline Pignatelli (admitted *pro hac vice*)
Erica J. Richards (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
mklein@cooley.com
ahwu@cooley.com
cpignatelli@cooley.com
erichards@cooley.com

*Counsel to the Defendant William Hockey Living Trust*

2